AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Great West Casualty Company

                Plaintiff,

  v.

JAA Truck, LLC et al

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-01483-RFB-MDC

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiff against Defendants JAA Truck, LLC and Martin Lange.

1/22/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk