AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Great West Casualty Company,

                Plaintiff,

  v.

JAA Truck, LLC et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-01483-RFB-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT entered in favor of Plaintiff, Great West Casualty Company, and against Defendants, JAA Truck, LLC and Martin Lange.

09/26/2025
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk